UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-3811-Turnoff

UNITED STATES OF AMERICA

vs.

FELIPE GALLARDO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
AILEEN M. CANNON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0101484
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9002
FAX (305) 530-7976

# United States District Court

**SOUTHERN** **DISTRICT OF** **FLORIDA**

UNITED STATES OF AMERICA

v.

FELIPE GALLARDO

**CRIMINAL COMPLAINT**

CASE NUMBER: 13- 3811 -Turnoff

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 18, 2013, at Miami International Airport, in Miami-Dade County in the Southern District of Florida and elsewhere, the defendant, FELIPE GALLARDO, did knowingly and intentionally import into the United States from a place outside thereof, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent with U.S. Immigration and Customs Enforcement/Homeland Security Investigations, and that this complaint is based on the following facts:

On or about December 18, 2013, the defendant, FELIPE GALLARDO, arrived at Miami International Airport aboard American Airlines Flight #902 from Guayaquil, Ecuador. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to the U.S. Customs and Border Protection for examination. FELIPE GALLARDO was referred for secondary inspection. A narcotics canine alerted to the presence of narcotics in the defendant's luggage. Further examination of the defendant's luggage, resulted in the discovery of a powdery substance concealed inside a satellite transponder packed inside the defendant's luggage. Post-Miranda, the defendant admitted knowledge of the drugs, and he was paid $500 to transport the satellite transponder. A field test of the powdery substance proved positive for the presence of heroin. The estimated weight of the heroin was five (5) kilograms.

HOLLY McINTOSH, SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to before me, and subscribed in my presence,

DECEMBER 18, 2013    at    Miami, Florida
Date                         City and State

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer      Signature of Judicial Officer