Miami, June 20, 2019

```
FILED BY _____ D.C.
JUN 19 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

The Honorable Judge Michael K. Moore

Federal Courthouse

Miami, Florida                    Ref: Felipe Gallardo

Case # 13 CR 20544

Judge Moore,

I was arrested December 18, 2013, at the Miami International Airport. I cooperated completely with the authorities and received at 47 month sentence. I completed 32 months of the sentence in Pensacola Camp, Fl and Jessup Camp, Ga. I was released March 7, 2017 to the Halfway house in Miami. I spent 3 months at the Halfway House followed by six months of Home confinement. To date I have not has any issues with my probation. My probation is scheduled to terminate in December of 2019.

At this time, I respectfully request that you consider and early termination to my Probation. I have had a catastrophic event where my family home was destroyed by fire on May 3rd, 2019. My family and I are trying to pick up the pieces so that we can rebuild our home since 1975.

Thanking you in advance for your kind attention.

Respectfully Yours

Felipe Gallardo

Phone = 7867165911